UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE V. RAMIREZ, *et al.*, | Case No. 1: 13-cv-00781-LJO-BAM |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO AMEND FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF STANISLAUS, *et al.*, | |
| Defendants. | |

_____/

Currently before the Court is Plaintiffs' Motion to Amend their First Amended Complaint, filed on April 1, 2014.[1] (Doc. 23.) Plaintiffs aver they have acquired information during the discovery process that requires amendment to the complaint in order to correct factual allegations and replace "doe" defendants with named defendants. (Doc. 23.) Defendants filed a statement of non-opposition to Plaintiff's Motion. (Doc. 26.)

Having considered Plaintiffs' Motion and Defendants' non-opposition, as well as the Court's obligation to "freely give leave to amend when justice so requires," Fed. R. Civ. P. 15(a)(2), this Court GRANTS Plaintiffs' Motion to amend their amended complaint. Within two (2) days of the date of

---

[1] The deadline to file a stipulation or motion to amend the pleadings was April 1, 2014. (Doc. 22.)

1

this Order, Plaintiffs shall file the Second Amended Complaint which was attached to Plaintiffs' Motion to Amend the First Amended Complaint.  (Doc. 23, Attach. 2.)

IT IS SO ORDERED.

Dated: **April 18, 2014**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE