DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Estate of George Ramirez, et al,** | Case No. 1:13-cv-0781-LJO-BAM |
| **Plaintiffs,** | |
| vs. | Stipulation and Order of Dismissal |
| **County of Stanislaus, et al** | |
| **Defendants.** | |

The parties to this action have reached a settlement and stipulate, by and through their attorneys, the matter be dismissed in its entirety with prejudice, all sides to bear their own fees and costs.

Dated: March 26, 2015        By        /s/ _Dan Farrar_____
                                        Dan Farrar, Attorney for Defendants

Dated: March 26, 2015        By        /s/ Michael Warda
                                        (permission granted 3-26-15)
                                        Michael Warda, Attorney for plaintiffs

**SO ORDERED**
**Dated: March 26, 2015**
                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

Stipulation and Order of Dismissal